ON PETITION FOR REHEARING

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 00-6792

———————————

ANTONIO COX,

Plaintiff - Appellant,

versus

W. F. AMONETTE; DAVID SMITH, Warden Camp #1;
M. AMONETTE, Doctor, Powhatan Correctional
Center,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, District Judge.
(CA-00-181-7)

———————————

Submitted:  August 29, 2000      Decided:  September 14, 2000

———————————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Antonio Cox, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

This appeal is before us on Appellant Antonio Cox's petition for rehearing. We dismissed the appeal for lack of jurisdiction, based on the timing of Cox's filing of his notice of appeal. However, in light of evidence that the district court had granted Cox an extension of time to file his notice of appeal out of time, we grant rehearing and affirm on the reasoning of the district court. See Cox v. Amonette, No. CA-00-181-7 (W.D. Va. Apr. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2